UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo, U.S.D.J. |
| v. | : | Crim. No. 15-390 (MCA) |
| ARKADIY DUBOVOY | : | **ORDER MODIFYING CONDITIONS OF RELEASE** |

This matter having come before the Court upon the joint application of the defendant Arkadiy Dubovoy, by Critchley, Kinum & DeNoia, LLC (Michael Critchley, Sr., Esq. appearing), and the United States of America (Craig Carpenito, United States Attorney, by Daniel Shapiro, Assistant United States Attorney, appearing) to modify the conditions of release on bail for defendant Arkadiy Dubovoy, to which Pretrial Services consents, and for other good cause shown,

IT IS on this 24 day of July 2019,

ORDERED that defendant Arkadiy Dubovoy's conditions of release on bail be modified as follows:

1. The Agreement to Forfeit Property as to Arkadiy Dubovoy, as set forth and filed on February 18, 2016, Dckt. 39, Schedule A, No. 7 (618 Oleander Way, Canton, GA 30114) and Dckt. 47, is hereby rescinded and voided, and any claim, lien, mortgage, or other encumbrance the United States of America had on the property set forth in Dckt. 39, Schedule A, No. 7 and Dckt. 47 in conjunction with the above-captioned matter is hereby released.

2. Except for the above modifications, all other conditions of release as set forth in Court's February 18, 2016 Order, Dckt. 39, October 6, 2016 Order, Dckt. 98, February 14, 2017 Order, Dckt. 107, and July 5, 2017 Order, Dckt. 111, remain in full force and effect.

_____
Honorable Madeline Cox Arleo
United States District Judge

Dated: July ___, 2019

Consented to as to
Form and Entry

_____
Daniel Shapiro
Assistant U.S. Attorney


s/Michael Critchley
Michael Critchley, Sr., Esq.
Counsel for Defendant Arkadiy Dubovoy

_____
Daniel Milne
U.S. Pretrial Services Offier